LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine Anne Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
Maria Huryn (Bar No. 353520)
*maria.huryn@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANNA BUCHHOLZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAN RX, INC., META PLATFORMS, INC., and GOOGLE LLC,<br><br>Defendants. | Case No. 5:26-cv-00846-EJD<br><br>**DEFENDANT META PLATFORMS, INC.'S JOINDER IN SUPPORT OF GOOGLE LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Location: Courtroom 4—5th Floor<br>Judge: Hon. Edward J. Davila |

Defendant Meta Platforms, Inc. ("Meta") hereby joins Defendant Google LLC's ("Google") Motion to Compel Arbitration and Stay Proceedings (Dkt. 63, filed June 16, 2026) (the "Motion").

The arguments in support of Google's Motion apply equally to Meta. The Terms & Conditions ("Terms") that govern use of the SkinnyRx website include a provision that requires arbitration of all claims arising from use of that website. *See* Dkt. 51-3 (Exhibit B to the Declaration of Guenna Lin in Support of LeanRx, Inc.'s Motion to Compel Arbitration and Stay Proceedings) at 1, 8-11. As with Google, Plaintiff's claims against Meta arise from her use of the SkinnyRx website, and resolution of those claims is intertwined with the provisions of the Terms and the incorporated SkinnyRx Privacy Policy. *See, e.g.*, Dkt. 1 ("Compl.") ¶¶ 2-3, 11, 13, 29-35, 69-85; *see* Dkt. 51-3 at 2. And as with Google, Plaintiff alleges that Meta and LeanRx, Inc. ("LeanRx") engaged in interdependent conduct related to data transmission from the SkinnyRx website. *See, e.g.*, Compl. ¶¶ 3, 13, 43, 51, 69, 71-73, 83, 88, 109, 165. Accordingly, equitable estoppel requires that Plaintiff's claims against Meta be arbitrated alongside her claims against LeanRx, and all federal proceedings should be stayed pending resolution of that arbitration.

In the alternative, for the reasons Google explains, if the Court compels Plaintiff to arbitrate her claims against LeanRx but not her claims against Meta, the Court should stay federal proceedings against Meta pending resolution of Plaintiff's arbitration against LeanRx to promote judicial economy and efficiency and avoid the risk of inconsistent rulings.

Dated: June 22, 2026

Respectfully submitted,

LATHAM & WATKINS LLP
By: /s/ *Melanie M. Blunschi*
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine Anne Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
Maria Huryn (Bar No. 353520)
*maria.huryn@lw.com*
505 Montgomery Street, Suite 2000

San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*