LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine Anne Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
Maria Huryn (Bar No. 353520)
*maria.huryn@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANNA BUCHHOLZ, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAN RX, INC., META PLATFORMS, INC., and GOOGLE LLC,<br><br>Defendants. | Case No. 5:26-cv-00846-EJD<br><br>**DEFENDANT META PLATFORMS, INC.'S JOINDER IN SUPPORT OF GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Hearing: September 10, 2026<br>Time: 9:00 a.m.<br>Location: Courtroom 4—5th Floor<br>Judge: Hon. Edward J. Davila |

Defendant Meta Platforms, Inc. ("Meta") hereby joins Defendant Google LLC's ("Google") Reply in Support of its Motion to Compel Arbitration and Stay Proceedings (Dkt. 71, filed July 14, 2026) (the "Reply").

The arguments in support of Google's Reply apply equally to Meta. As with Google, equitable estoppel requires that Plaintiff's claims against Meta be arbitrated alongside her claims against LeanRx, Inc. ("LeanRx"), should the Court find that Plaintiff and LeanRx entered into an enforceable agreement compelling arbitration of Plaintiff's claims against LeanRx. Plaintiff's arguments to the contrary fail to persuade, for the reasons Google explains in its Reply.

Further, as with Google, if the Court compels Plaintiff to arbitrate her claims against Meta, all federal proceedings should be stayed pending resolution of that arbitration. In the alternative, for the reasons Google explains in its Reply, if the Court compels Plaintiff to arbitrate her claims against LeanRx but not her claims against Meta, the Court should stay federal proceedings against Meta pending resolution of Plaintiff's arbitration against LeanRx to promote judicial economy and efficiency and avoid the risk of inconsistent rulings.

Dated: July 21, 2026

Respectfully submitted,

LATHAM & WATKINS LLP

By: <u>/s/ *Melanie M. Blunschi*</u>

Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Kristin Sheffield-Whitehead (Bar No. 304635)
*kristin.whitehead@lw.com*
Catherine Anne Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
Maria Huryn (Bar No. 353520)
*maria.huryn@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Margaret A. Upshaw (*pro hac vice*)
*maggie.upshaw@lw.com*
Ruth Hirsch (*pro hac vice*)
*ruth.hirsch@lw.com*
555 Eleventh Street, NW, Suite 1000

Washington, D.C. 20004
Telephone: +1.202.637.2200

*Attorneys for Defendant Meta Platforms, Inc.*